UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JAMES AND SONIA EZELL | * | CIVIL ACTION NO. 16-1166 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ANGELA RUTH PAYNE, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 5] filed by Defendants Angela Ruth Payne, Charlotte Russ, and Todd C. Sylvester is hereby GRANTED, and Plaintiffs' claims against said Defendants are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendant Shillen Johnson are also DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 3rd day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE